# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-11071-AMC

JULIO ROSADO

922 S. HANOVER STREET

POTTSTOWN, PA 19465

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JULIO ROSADO

922 S. HANOVER STREET

POTTSTOWN, PA 19465

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Date: 9/22/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee