United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11071-amc
Julio Rosado                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Nov 15, 2017
                              Form ID: pdf900         Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
```
db           +Julio Rosado,   922 S. Hanover Street,    Pottstown, PA 19465-7524
cr            North Coventry Municipal Authority,   Yergey Daylor Allebach Scheffey Picardi,
               1129 High Street,    P.O. Box 776,   Pottstown, PA 19464-0776
13867279    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
13906844      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,   PO Box 10368,
               Greenville, SC 29603-0368
13901596      Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
13867280     +Carrie Brown, Esquire,    Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
               Norfolk, VA 23502-4952
13867281     +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
13867284     +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13867285     +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
13951698     +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13961744     +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,   Atty for Pennsylvania Housing Finance,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13867288     +North Coventry Municipal Authority,    1485 East Schuylkill Road,    P.O. Box 833,
               Pottstown, PA 19464-0833
13867291     +Tammy L. Rosado,   922 S. Hanover Street,    Pottstown, PA 19465-7524
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:51     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:20
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 01:58:05     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13877640      E-mail/Text: mrdiscen@discover.com Nov 16 2017 01:59:00     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13867282     +E-mail/Text: mrdiscen@discover.com Nov 16 2017 01:59:00     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13906848      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 01:57:54
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13867286     +E-mail/Text: bkr@cardworks.com Nov 16 2017 01:58:58     Merrick Bank,   Po Box 9201,
               Old Bethpage, NY 11804-9001
13867287     +E-mail/Text: notices@burt-law.com Nov 16 2017 02:00:01     Midland Funding,
               C/O Burton Neil & Associates, PC,    1060 Andrew Drive, Suite 170,
               West Chester, PA 19380-5601
13940387      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 02:05:22
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13875542     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 02:05:23
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13867289     +E-mail/Text: blegal@phfa.org Nov 16 2017 01:59:25     Pa Housing Finance Age,   211 N Front St,
               Harrisburg, PA 17101-1406
13940808     +E-mail/Text: blegal@phfa.org Nov 16 2017 01:59:26     Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13867290     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 02:05:00
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13922435     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2017 01:59:31     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
13867292      E-mail/Text: BKRMailOps@weltman.com Nov 16 2017 01:59:27     Weltman, Weinberg & Reis,
               325 Chestnut Street,    Suite 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13867283     ##+Edwin A Abrahamsen & Assoc,   120 N Keyser Avenue,   Scranton, PA 18504-9701
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD                 Page 2 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: pdf900                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:

```
          GREGORY W. PHILIPS    on behalf of Creditor    North Coventry Municipal Authority
           gwphilips@ydasp.com, philipslaw@comcast.net
          JOSEPH L QUINN    on behalf of Debtor Julio  Rosado CourtNotices@sjr-law.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIO ROSADO                                Chapter 13

                    Debtor            Bankruptcy No. 17-11071-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __14th__ day of __November__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
JULIO ROSADO

922 S. HANOVER STREET

POTTSTOWN, PA 19465